Christopher Jay **CHAVIS,**
Plaintiff–Appellant,

v.

Alfredo **HERNANDEZ; Robert Dykes; Lieutenant Hofner; Lieutenant Strickland; Lieutenant Welborne; Sergeant Pulley; North Carolina Department of Corrections, Defendants–Appellees.**

No. 02–6097.

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided March 29, 2002.

Christopher Jay Chavis, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Christopher Jay Chavis, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss

the appeal on the reasoning of the district court. *See Chavis v. Hernandez,* No. CA–01–574–5H (E.D.N.C. Dec. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*